UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VENETTA BOWEN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | 5:15-cv-1948 |
| | : | |
| KEYSTONE HUMAN SERVICE SYSTEMS, INC., | : | |
| | : | |
| Defendant. | : | |

ORDER OF REFERRAL FOR SETTLEMENT CONFERENCE

AND NOW, this 28th day of August, 2015, it is **ORDERED:**

(1) The within matter is referred to United States Magistrate Judge Henry S. Perkin to schedule and conduct a settlement conference at his earliest convenience.[1]

(2) In the event any defendant has not yet entered an appearance at the time of this Order, plaintiff shall serve a copy of this Order upon that defendant.

(3) As a matter of standard operating procedure, the office of the United States Magistrate Judge will contact counsel for the parties in the near future.

BY THE COURT:

By: /s/ Diane J. Abeles
Diane J. Abeles, Civil Deputy Clerk
The Honorable Joseph F. Leeson, Jr.
Diane_J_Abeles@paed.uscourts.gov
610-391-7020

cc:   Honorable Henry S. Perkin

---

[1] It is recommended that United States Magistrate Judge Henry S. Perkin direct that a person with settlement authority appear on behalf of all parties.