IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VENETTA BOWEN,

Civil Action No.  15-1948 JFL

v.

KEYSTONE HUMAN SERVICES OF
LANCASTER, et al

SETTLEMENT CONFERENCE SCHEDULING ORDER

Please be advised that an in person settlement conference in the above-captioned case will be held on **MONDAY, MARCH 7, 2016** at **9:30 AM** before the Honorable Henry S. Perkin, United States Magistrate Judge, in Suite 4401, United States Courthouse and Federal Building, 504 West Hamilton Street, Allentown, PA.

COUNSEL ARE DIRECTED TO REPORT TO CHAMBERS ON THE DATE AND TIME STATED ABOVE.  PURSUANT TO LOCAL RULE 16.1 (d) 3, **TRIAL COUNSEL** SHALL APPEAR AND BRING WITH THEM ALL PERSONS WHOSE CONSENT MAY BE NECESSARY TO SETTLE THIS CASE.  **ALL PERSONS SHALL MEAN INSURANCE ADJUSTORS WITH FULL AND UNLIMITED AUTHORITY TO SETTLE THE CASE, AS WELL AS CLIENTS.  PERSONS PRESENT MUST HAVE FULL AND UNLIMITED SETTLEMENT AUTHORITY AND MAY NOT CONFER BY TELEPHONE WITH ANYONE TO SEEK ADDITIONAL AUTHORITY.**

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.

**PLEASE SEE JUDGE PERKIN'S SETTLEMENT PROCEDURES AT www.paed.uscourts.gov.**

Counsel are further directed to provide a Conference Summary to Chambers, by Email on or before **MONDAY, FEBRUARY 29, 2016, NOON.**   The Email address is Chambers_of_Judge_Henry_S_Perkin@paed.uscourts.gov.   The Conference Summary and Case Synopsis shall include:

1.   The caption of the case
2.   Whether case is a jury or nonjury trial
3.   The trial counsel's name, address, phone number **PLUS CELL PHONE NUMBER**, fax number and client name
4.   Identify any pending motions
5.   Any other relevant matters
6.   All prior demands and offers.

\*     7.     A case synopsis, **limited to two pages**, which shall be in **Microsoft Word** or **Wordperfect** Format

    8.     Should all parties so agree, they may consent to permit the court to have exparte communication with counsel by sending the attached form to chambers by fax.

This Email address shall be used for no other purposes unless prior permission it granted.

BY THE COURT:

/ss/ Henry S. Perkin
HENRY S. PERKIN, U.S.M.J.

FOR INFORMATION CONTACT CHAMBERS
Phone: 610-434-3823
FAX: 610-434-5152

Date:   October 2, 2015

**\*MICROSOFT WORD OR WORDPERFECT FORMAT**