UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VENETTA BOWEN, : | |
| : | No. 15-1948 |
| Plaintiff, : | |
| v. : | |
| : | |
| KEYSTONE SERVICE SYSTEMS, INC., et al., : | |
| : | |
| Defendants. : | |

**O R D E R**

**AND NOW,** this 30th day of October, 2015, upon consideration of the parties' Joint Motion to Stay Deadlines and Continue Trial, ECF No. 20, **IT IS HEREBY ORDERED THAT** the Motion is **DENIED**. The Court notes that if the parties desire an earlier settlement conference, they may contact Judge Perkin's chambers to make that request.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge